AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Rocio Jasmine FLORES**<br><br>**Marioly Yamilet CALLES**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )<br>Case No.   5:19-MJ-793 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 15, 2019__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Roman Rodriguez
*Complainant's signature*

Roman Rodriguez,  Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: May 20, 2019

_____
*Judge's signature*

City and state:  Laredo, Texas

Sam Sheldon,  U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
**V.**

**CRIMINAL COMPLAINT**

Rocio Jasmine FLORES,
Marioly Yamilet CALLES

Case Number:

1. On May 15, 2019 at approximately 8:45 p.m., Border Patrol Agents (BPA) assigned to the Zapata Border Patrol Station were notified that the Texas Department of Public Safety (DPS) had a gold sedan detained for possible alien smuggling on Highway 83 in San Ygnacio, Texas, in Zapata County

2. When BPAs arrived, DPS stated that the gold sedan was stopped for a traffic infraction (driving on improved shoulder). BPAs then conducted an immigration inspection on all the occupants of the gold sedan and discovered that the driver (FLORES, Rocio Jasmine) and front passenger (CALLES, Marioly Yamilet) were United States citizens. The two rear passengers (GARCIA-Galan, Humberto and LUNA-Zambrano, Gerardo) both admitted to being illegally present in the United States. All subjects were placed under arrest and were transported to the Zapata Border Patrol Station for processing.

3. FLORES was administered her Miranda Warnings and agreed to speak with BPAs without an attorney present. During the interview FLORES stated that she knew transporting illegal immigrants was an illegal act. FLORES stated that she picked up the two undocumented aliens after they ran out of the brush on Highway 83 and was going to take them to Laredo, Texas. FLORES stated that she was then pulled over by DPS and that she instructed to two undocumented aliens to lie about their travel plans in order to avoid being detected. FLORES admitted to being arrested for transporting aliens seven months prior to this event.

4. CALLES was administered his Miranda Warnings and agreed to speak with BPAs without an attorney present. During the interview CALLES stated that she knew transporting illegal immigrants was an illegal act. CALLES stated that FLORES and her saw two subjects near the road on their way to Laredo, Texas. CALLES stated she told FLORES to give them a ride. FLORES stated that she was then pulled over by DPS and that she instructed to two undocumented aliens to lie about their association in order to avoid being detected. CALLES stated the undocumented aliens told her their final destination was Houston, Texas.

5. GARCIA-Galan (Mexican national) was identified as material witness. GARCIA-Galan stated that he made smuggling arrangements via phone with an unknown man and was going to pay him $6,000.00 United Stated Dollars (USD).

6. LUNA-Zambrano (Mexican national) was identified as material witness. LUNA-Zambrano stated that he made smuggling arrangements with an unknown man in Mexico for $1,500.00 USD. LUNA-Zambrano final destination was Indiana.

7. GARCIA-Galan and LUNA-Zambrano were presented with a six pack photo lineup and were able to positively identify FLORES and CALLES as the driver and front passenger of the gold sedan who were attempting to smuggle them.

SUBSCRIBED and SWORN to before me this _____ day of _____.

_____
Signature of Judicial Officer

_____
Signature of Complaint