RECEIVED
UNITED STATES MARSHAL
2019 JUN -5 AM 11: 44
OPERATIONS
LAREDO, TX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 5:19-mj-00793 |
| ROCIO JASMINE FLORES<br>MARIOLY YAMILET CALLES | § § § § | |

## ORDER

Upon consideration of Government's Motion to Dismiss, it is hereby ORDERED that the Complaint in the above-styled and numbered cause be DISMISSED without prejudice as to Defendants, **ROCIO JASMINE FLORES and MARIOLY YAMILET CALLES**, in the interest of justice.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this 5th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
DIANA SONG QUIROGA

U. S. MARSHAL'S OFFICE
BY:_____
DATE:_____
TIME:_____